THE STATE OF OHIO, APPELLEE, *v.* SIFERD, APPELLANT.

[Cite as *State v. Siferd,* 99 Ohio St.3d 145, 2003-Ohio-2765.]

(No. 2003–0106—Submitted May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on Proposition of Law No. X is affirmed on the authority of *State v. Fisher*, 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

---

Robert A. Fry, Hancock County Prosecuting Attorney, and Mark C. Miller, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, Ohio Public Defender, Angie Greene and Jerry McHenry, Assistant Public Defenders, for appellant.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.